170 So. 919

**Fields HILL v. STATE.**
**8 Div. 359.**

Court of Appeals of Alabama.
Nov. 3, 1936.

SAMFORD, Judge.
Affirmed.

174 So. 901

**Henry HILL v. STATE.**
**6. Div. 125.**

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Affirmed.

173 So. 919

**Herman HILL v. STATE.**
**8 Div. 398.**

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

174 So. 901

**Emma HOBBS v. STATE.**
**8 Div. 441.**

Court of Appeals of Alabama.
May 25, 1935.

RICE, Judge.
Appeal dismissed.

165 So. 917

**Jeff HOBBS v. STATE.**
**7 Div. 188.**

Court of Appeals of Alabama.
Jan. 21, 1936.

RICE, Judge.
Affirmed.

175 So. 922

**M. H. HOBSON v. STATE.**
**7 Div. 318.**

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Appeal dismissed.

165 So. 917

**Robt. L. HOLCOMBE, Sheriff, v. Joe SCUMRO.**
**1 Div. 239.**

Court of Appeals of Alabama.
Dec. 28, 1935.

PER CURIAM.
Affirmed.